UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Homer R. Daney<br><br>        Debtor | Chapter 13<br>Bankruptcy No.22-13306-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 27th day of March, 2023, by first class mail upon those listed below:

Homer R. Daney
510 Nazareth Pike
Nazareth, PA  18064

**Electronically via CM/ECF System Only:**

JOHN R K SOLT ESQ
JOHN R K SOLT PC@GATEWAY PROF CTR
2045 WESTGATE DRIVE - SUITE 404B
BETHLEHEM, PA  18107

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee