UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
**Homer R. Daney,**

: **Chapter 13**
:
: Case No. 22-13306  (PMM)
:
**Debtor.** :

# O R D E R

**AND NOW**, upon consideration of the Motion for Relief from Stay ("the Motion") (Doc. #26), seeking relief pursuant to 11 U.S.C. §362 and the Response thereto (doc. #31);

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **August 11, 2023**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

Date:  7/11/23

_____
**PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE**