UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  HOMER R. DANEY | : | CASE NO.: 22-13306-pmm |
| | : | |
| | : | |
| Debtor | : | CHAPTER 13 |

## AMENDED CERTIFICATE OF SERVICE

I, John R. K. Solt, Esquire, attorney for Debtor, do hereby certify that I served a copy of the Debtor's Second Amended Chapter 13 Plan (Doc 35) upon the following individuals and entities at the addresses listed below by electronic mail through the CM/ECF on system on June 28, 2023, and by first class mail on all creditors on the attached mailing list on July 11, 2023:

United States Trustee – USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN- ECFMail@ReadingCh13.com

Michael Patrick Farrington – mfarrington@kmllawgroup.com

  for the Bank of New York Mellon Trust Company, NA

Brian Craig Nicholas – bnicholas@kmllawgroup.com

  for the Bank of New York Mellon Trust Company, NA


JOHN R. K. SOLT, P.C.

 By: /s/ John R. K. Solt
JOHN R. K. SOLT, ESQUIRE
I.D. No. 24686
2045 Westgate Drive, Suite 404B
Bethlehem, PA 18017
Phone: (610) 865-2465
Facsimile: (610) 691-2018
jsolt.soltlaw@rcn.com

```
Label Matrix for local noticing          Reading                                  Commonwealth of Pennsylvania
0313-4                                   United States Bankruptcy Court           Department of Labor & Industry
Case 22-13306-pmm                        Office of the Clerk, Gateway Building    651 Boas St.
Eastern District of Pennsylvania         201 Penn Street, 1st Floor               Harrisburg, PA 17121-0725
Reading                                  Reading, PA 19601-4038
Wed Jan  4 17:46:31 EST 2023

KML Law Group, P.C.                      Keystone Collections Group               LVNV Funding, LLC
Suite 5000                               P.O. Box 499                             c/o Resurgent Capital Services
701 Market Street                        Irwin, PA 15642-0499                     P.O. Box 10587
Philadelphia, PA 19106-1541                                                       Greenville, SC 29603-0587

Pennsylvania Dept. of Revenue            (p)PORTFOLIO RECOVERY ASSOCIATES LLC     The Bank of New York Mellon Trust Co.
Bankruptcy Division                      PO BOX 41067                             c/o Select Portfolio Servicing, Inc.
P.O. Box 280946                          NORFOLK VA 23541-1067                    P.O. Box 65250
Harrisburg, PA 17128-0946                                                         Salt Lake City, UT 84165-0250

United States Trustee                    Homer R. Daney                           JOHN R.K. SOLT
Office of United States Trustee          510 Nazareth Pike                        John R. K. Solt, P.C.
Robert N.C. Nix Federal Building         Nazareth, PA 18064-9084                  Gateway Professional Center
900 Market Street                                                                 2045 Westgate Drive, Suite 404B
Suite 320                                                                         Bethlehem, PA 18017-7475
Philadelphia, PA 19107-4202

SCOTT F. WATERMAN Chapter 13
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606-2265
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Portfolio Recovery Associates, LLC       End of Label Matrix
POB 41067                                Mailable recipients    12
Norfolk VA 23541                         Bypassed recipients     0
                                         Total                  12
```