### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  HOMER R. DANEY                  :         CASE NO.: 22-13306-pmm
                                        :
                                        :
                    Debtor              :         CHAPTER 13

### AMENDED CERTIFICATE OF SERVICE

I, John R. K. Solt, Esquire, attorney for Debtor, do hereby certify that I served a copy of the Debtor's Second Amended Chapter 13 Plan (Doc 35) upon the following individuals and entities at the addresses listed below by electronic mail through the CM/ECF on system on June 28, 2023, and by first class mail on all creditors on the attached mailing list on July 11, 2023:

United States Trustee – USTPRegion03.PH.ECF@usdoj.gov

SCOTT F. WATERMAN- ECFMail@ReadingCh13.com

Michael Patrick Farrington – mfarrington@kmllawgroup.com

 for the Bank of New York Mellon Trust Company, NA

Brian Craig Nicholas – bnicholas@kmllawgroup.com

 for the Bank of New York Mellon Trust Company, NA


JOHN R. K. SOLT, P.C.

 By: /s/ John R. K. Solt
JOHN R. K. SOLT, ESQUIRE
I.D. No. 24686
2045 Westgate Drive, Suite 404B
Bethlehem, PA 18017
Phone: (610) 865-2465
Facsimile: (610) 691-2018
jsolt.soltlaw@rcn.com

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0313-4<br>Case 22-13306-pmm<br>Eastern District of Pennsylvania<br>Reading<br>Wed Jan  4 17:46:31 EST 2023 | Reading<br>United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601-4038 | Commonwealth of Pennsylvania<br>Department of Labor & Industry<br>651 Boas St.<br>Harrisburg, PA 17121-0725 |
| KML Law Group, P.C.<br>Suite 5000<br>701 Market Street<br>Philadelphia, PA 19106-1541 | Keystone Collections Group<br>P.O. Box 499<br>Irwin, PA 15642-0499 | LVNV Funding, LLC<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 |
| Pennsylvania Dept. of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | The Bank of New York Mellon Trust Co.<br>c/o Select Portfolio Servicing, Inc.<br>P.O. Box 65250<br>Salt Lake City, UT 84165-0250 |
| United States Trustee<br>Office of United States Trustee<br>Robert N.C. Nix Federal Building<br>900 Market Street<br>Suite 320<br>Philadelphia, PA 19107-4202 | Homer R. Daney<br>510 Nazareth Pike<br>Nazareth, PA 18064-9084 | JOHN R.K. SOLT<br>John R. K. Solt, P.C.<br>Gateway Professional Center<br>2045 Westgate Drive, Suite 404B<br>Bethlehem, PA 18017-7475 |
| SCOTT F. WATERMAN Chapter 13<br>Chapter 13 Trustee<br>2901 St. Lawrence Ave.<br>Suite 100<br>Reading, PA 19606-2265 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | End of Label Matrix<br>Mailable recipients    12<br>Bypassed recipients     0<br>Total                  12 |