Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023  
**Chapter 13 Case No. 22-13306-PMM**

Homer R. Daney  
510 Nazareth Pike  
Nazareth  PA   18064

Petition Filed Date: 12/08/2022  
341 Hearing Date: 02/07/2023  
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/20/2023 | $2,300.00 | 6800701936 | 06/14/2023 | $640.00 | | 07/05/2023 | $830.00 | |

**Total Receipts for the Period:  $3,770.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $3,770.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | JOHN R K SOLT ESQ | Attorney Fees | $4,038.00 | $0.00 | $4,038.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $36.11 | $0.00 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $6,599.16 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 002 | Unsecured Creditors | $1,291.54 | $0.00 | $0.00 |
| 4 | LVNV FUNDING LLC<br>»» 003 | Unsecured Creditors | $876.81 | $0.00 | $0.00 |
| 5 | SELECT PORTFOLIO SERVICING INC<br>»» 004 | Mortgage Arrears | $55,796.47 | $0.00 | $0.00 |
| 6 | KEYSTONE COLLECTIONS GROUP<br>»» 005 | Unsecured Creditors | $1,741.58 | $0.00 | $0.00 |
| 7 | KEYSTONE COLLECTIONS GROUP<br>»» 006 | Unsecured Creditors | $1,275.59 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-13306-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $3,770.00 | Current Monthly Payment: | $1,139.00 |
| Paid to Claims: | $0.00 | Arrearages: | $3,367.00 |
| Paid to Trustee: | $316.30 | Total Plan Base: | $66,365.00 |
| Funds on Hand: | $3,453.70 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.