# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Homer R. Daney<br>                    Debtor(s) | CHAPTER 13 |
| The Bank of New York Mellon Trust Company, NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2002-1, Asset-Backed Certificates, Series 2002-1<br>                    Movant<br>   vs. | NO. 22-13306 PMM<br><br>11 U.S.C. Section 362 |
| Homer R. Daney<br>                    Debtor(s)<br><br>Scott F. Waterman<br>                  Trustee | |

## ORDER

AND NOW, this __25th__ day of __August__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

_Patricia M. Mayer_
Hon. Patricia M. Mayer
United States Bankruptcy Judge