United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-13306-pmm |
| Homer R. Daney | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 27, 2023:**

**Recip ID        Recipient Name and Address**
db            +  Homer R. Daney, 510 Nazareth Pike, Nazareth, PA 18064-9084

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 27, 2023           Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 25, 2023 at the address(es) listed below:

**Name                          Email Address**

BRIAN CRAIG NICHOLAS
                  on behalf of Creditor The Bank of New York Mellon Trust Company  NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
                  on behalf of Creditor The Bank of New York Mellon Trust Company  NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 bkgroup@kmllawgroup.com

JOHN R.K. SOLT
                  on behalf of Debtor Homer R. Daney jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
                  on behalf of Creditor The Bank of New York Mellon Trust Company  NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 mfarrington@kmllawgroup.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 25, 2023 | Form ID: pdf900 | Total Noticed: 1

SCOTT F. WATERMAN [Chapter 13]
        ECFMail@ReadingCh13.com

United States Trustee
        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Homer R. Daney<br>*Debtor(s)* | CHAPTER 13 |
| The Bank of New York Mellon Trust Company, NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2002-1, Asset-Backed Certificates, Series 2002-1<br>*Movant*<br>vs.<br>Homer R. Daney<br>*Debtor(s)*<br>Scott F. Waterman<br>*Trustee* | NO. 22-13306 PMM<br><br>11 U.S.C. Section 362 |

**ORDER**

AND NOW, this __25th__ day of __August__, 2023 at Reading, upon confirmation of this Stipulation is it ORDERED AND DECREED:

The Court grants approval of the Stipulation executed by all parties. However, the court retains discretion regarding entry of any further order.

*Patricia M. Mayer*

Hon. Patricia M. Mayer
United States Bankruptcy Judge