United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Homer R. Daney  
    Debtor

Case No. 22-13306-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: admin    Page 1 of 2  
Date Rcvd: Dec 08, 2023    Form ID: pdf900    Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Homer R. Daney, 510 Nazareth Pike, Nazareth, PA 18064-9084 |
| 14741468 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14759032 | + | Lower Nazareth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14759028 | + | Nazareth Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14746617 | + | The Bank of New York Mellon Trust Company N.A., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 09 2023 00:14:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 09 2023 00:14:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14741467 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Dec 09 2023 00:15:00 | Commonwealth of Pennsylvania, Department of Labor & Industry, 651 Boas St., Harrisburg, PA 17121-0725 |
| 14741469 | ^ | MEBN | Dec 09 2023 00:10:59 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14748269 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:19:51 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741470 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 09 2023 00:19:22 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14745833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 09 2023 00:19:51 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14741471 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 09 2023 00:14:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14741472 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 09 2023 00:15:00 | The Bank of New York Mellon Trust Co., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14746526 | ^ | MEBN | Dec 09 2023 00:11:01 | The Bank of New York Mellon Trust Company, NA,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14757722 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 09 2023 00:15:00 | The Bank of New York Mellon Trust, at. el, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City UT 84165-0250 |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Dec 08, 2023 | Form ID: pdf900 | Total Noticed: 16

TOTAL: 11

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 10, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2023 at the address(es) listed below:

**Name** | **Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor The Bank of New York Mellon Trust Company  NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
    on behalf of Creditor The Bank of New York Mellon Trust Company  NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 bkgroup@kmllawgroup.com

JOHN R.K. SOLT
    on behalf of Debtor Homer R. Daney jsolt.soltlaw@rcn.com  rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor The Bank of New York Mellon Trust Company  NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2 mfarrington@kmllawgroup.com

SCOTT F. WATERMAN [Chapter 13]
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Homer R. Daney

Chapter 13

Bankruptcy No. 22-13306-PMM

    Debtor

### ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED and Debtor is barred from filing bankruptcy, either individually or jointly with a spouse under any section of the code, without prior leave of Court FOR A PERIOD OF TWO YEARS.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 7, 2023**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE