**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Homer R. Daney, | : | Case No. 22-13306 (PMM) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER**

This 11th day of December, 2023, it is hereby **ordered** that the December 7, 2023 Order (doc. # 63) granting the motion to dismiss the Debtor's case with a two (2) year bar is hereby **VACATED** as having been entered in error.

It is further **ordered** that upon consideration of the Trustee's Motion to Dismiss the Debtor's Case for Failure to Make Plan Payments (doc. # 57, the "Motion"), and for the reasons stated at the hearing on the Motion held on December 7, 2023, the Motion is hereby granted and the Debtor's case is **DISMISSED** without prejudice to refile.

Date: December 11, 2023

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE