United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 22-13306-pmm
Homer R. Daney  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4 | User: admin | Page 1 of 2
Date Rcvd: Dec 11, 2023 | Form ID: pdf900 | Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol   Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Homer R. Daney, 510 Nazareth Pike, Nazareth, PA 18064-9084 |
| 14741468 | + | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 14759032 | + | Lower Nazareth Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14759028 | + | Nazareth Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 14746617 | + | The Bank of New York Mellon Trust Company N.A., c/o MICHAEL PATRICK FARRINGTON, KML Law Group, P.C., 701 Market St., Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 12 2023 00:25:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 12 2023 00:25:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14741467 | + | Email/Text: ra-li-ucts-bankhbg@state.pa.us | Dec 12 2023 00:25:00 | Commonwealth of Pennsylvania, Department of Labor & Industry, 651 Boas St., Harrisburg, PA 17121-0725 |
| 14741469 | ^ | MEBN | Dec 12 2023 00:20:46 | KML Law Group, P.C., Suite 5000, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14748269 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:31:21 | LVNV Funding LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14741470 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 12 2023 00:31:20 | LVNV Funding, LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 14745833 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 12 2023 00:31:21 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14741471 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 12 2023 00:25:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14741472 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2023 00:25:00 | The Bank of New York Mellon Trust Co., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 14746526 | ^ | MEBN | Dec 12 2023 00:20:45 | The Bank of New York Mellon Trust Company, NA,, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14757722 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Dec 12 2023 00:25:00 | The Bank of New York Mellon Trust, at. el, c/o Select Portfolio Servicing, Inc, P.O. Box 65250, Salt Lake City UT 84165-0250 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 13, 2023         Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 11, 2023 at the address(es) listed below:

**Name** — **Email Address**

BRIAN CRAIG NICHOLAS
on behalf of Creditor The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2
bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
on behalf of Creditor The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2
bkgroup@kmllawgroup.com

JOHN R.K. SOLT
on behalf of Debtor Homer R. Daney jsolt.soltlaw@rcn.com rbernabe.soltlaw@rcn.com;soltjr78257@notify.bestcase.com

MICHAEL PATRICK FARRINGTON
on behalf of Creditor The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2
mfarrington@kmllawgroup.com

MICHELLE L. MCGOWAN
on behalf of Creditor The Bank of New York Mellon Trust Company NA, fka The Bank of New York Trust Company, NA, as successor to JPMorgan Chase Bank, NA, as trustee, in trust for the Holders of Truman Mortgage Loan Trust 2
mimcgowan@raslg.com

SCOTT F. WATERMAN [Chapter 13]
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Homer R. Daney, | : | Case No. 22-13306 (PMM) |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER**

This 11th day of December, 2023, it is hereby **ordered** that the December 7, 2023 Order (doc. # 63) granting the motion to dismiss the Debtor's case with a two (2) year bar is hereby **VACATED** as having been entered in error.

It is further **ordered** that upon consideration of the Trustee's Motion to Dismiss the Debtor's Case for Failure to Make Plan Payments (doc. # 57, the "Motion"), and for the reasons stated at the hearing on the Motion held on December 7, 2023, the Motion is hereby granted and the Debtor's case is **DISMISSED** without prejudice to refile.

Date: December 11, 2023

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE